# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States Of America,** | CASE NO.: 23-cr-2649-JLS |
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE** |
| **Albert Ramirez,** | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing currently set for February 9, 2024, at 1:30 p.m. be continued to March 8, 2024, at 1:30 p.m. Defendant shall file an acknowledgment of the new hearing date within one week of this order.

It is further ordered that the time between February 9, 2024, and March 8, 2024, is excluded based on the pending discovery motion, 18 U.S.C. § 3161(h)(1)(D), and in the interests of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: February 7, 2024

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge